# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Roderquize Dwayne Chandler,<br>*Plaintiff*<br><br>v.<br><br>IH Services,<br>*Defendant,* | )<br>)<br>)<br>)  Civil Action No.   1:17-cv-02532-DCC<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: this case is dismissed with prejudice, as it has been settled, or in the alternative, for Plaintiff's failure to prosecute.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.

Date:   August 31, 2018                                                           *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                       s/A. Buckingham
                                                                                       *Signature of Clerk or Deputy Clerk*